UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAY ASHCROFT, *et al.*, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:24-cv-01062-SEP |
| | ) |
| JOSEPH BIDEN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

### ORDER

    Before the Court is Plaintiffs' Motion to Consolidate Cases, Doc. [3], Defendants' Motion for Extension of Time to File Answer, Doc. [46], and Plaintiffs' Motion for Expedited Preliminary Injunction, Doc. [48].

    This case was filed August 1, 2024, as Case No. 4:24-cv-01062. According to Plaintiffs, "an essentially identical lawsuit against the same defendants raising identical challenges to EO 14019" was also filed August 1, 2024, as Case No. 4:24-cv-01063. Doc. [3] at 3-4. Plaintiffs seek to consolidate the cases under Federal Rule of Civil Procedure 42(a) and Rule 4.03 of the Local Rules of the Eastern District of Missouri. Defendants have not responded to Plaintiffs' motion.

    On September 25, 2024, Defendants requested an extension of time to file an answer or otherwise respond to Plaintiffs' complaint. Defendants are currently engaged in a similar lawsuit in the Northern District of Texas that is proceeding on an expedited schedule. Given the burden of that litigation, Defendants request until November 8, 2024, to respond to Plaintiffs' complaint. Defendants state in their motion that Plaintiffs object to the extension of time, but Plaintiffs have not yet filed an opposition.

    Also on September 25, 2024, Plaintiffs filed a Motion for Expedited Preliminary Injunction. Plaintiffs asks this Court to issue a "preliminary order enjoining President Biden and the executive branch agencies from implementing EO 14019 or taking any action or spending any funds directed by EO 14019." Doc. [51] at 34.

    **IT IS HEREBY ORDERED** that Defendants show cause why this case should not be consolidated with Case No. 4:24-cv-01063 **no later than Monday, September 30, 2024, at 5:00 p.m..**

**IT IS FURTHER ORDERED** that the parties submit a jointly proposed briefing schedule for Plaintiffs' Motion for Expediated Preliminary Injunction, Doc. [48], **no later than Monday, September 30, 2024, at 5:00 p.m.**.

**IT IS FINALLY ORDERED** that Plaintiffs respond to Defendants' Motion for Extension of Time to File Answer, Doc. [46], **no later than Monday, September 30, 2024, at 5:00 p.m.**.

Dated this 27th day of September, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE