US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Ashcroft et al v. Biden et al

**USCA#:**

**Case Number:** 4:24-CV-01062-SEP

**Plaintiff:** JAY ASHCROFT, et al.

**Defendant:** JOSEPH BIDEN, et al.

**Attorney:**
Mark F. Hearne II (for pla)
112 S. Hanley Road
Suite 200
St. Louis, MO  63105
Ph:  314-296-4000   Fax:  314-296-4001
Email:  thor@truenorthlawgroup.com

Frank Anton Jung (for pla)
600 W. Main Street
P.O. Box 1767
Jefferson City, MO  86785
Ph:  573-751-4875   Fax:
Email:  frank.jung@sos.mo.gov

**Attorney:**
Garrett Ford Mannchen (for dft)
1100 L Street NE
Washington, DC  20005
Ph:  202-258-3663   Fax:
Email:  garrett.f.mannchen@usdoj.gov

Alexander V. Sverdlov (for dft)
1100 L Street NW
Washington, DC  20005
Ph:  202-451-7746   Fax:
Email:  alexander.v.sverdlov@usdoj.gov

**Court Reporter(s):** Kristine Toennies

**Please return files and documents to:** Clerk for Eastern District of Missouri

**Person to contact about the appeal:** Jason Dockery at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**