**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JAY ASHCROFT, et al.,  )<br> )<br>    Plaintiffs,  )<br>v.    )<br> )<br>JOSEPH BIDEN, et al.,  )<br> )<br>    Defendants.  ) | Case No. 4:24-CV-01062 SEP |
| THE STATE OF MISSOURI,  )<br>ex rel. ANDREW BAILEY, in his  )<br>official capacity as  )<br>Missouri Attorney General,  )<br> )<br>    Plaintiff,  )<br>v.    )<br> )<br>JOSEPH BIDEN, et al.,  )<br> )<br>    Defendants.  ) | Case No. 4:24-CV-01063 |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR
INJUNCTIVE RELIEF PENDING APPEAL**

In light of the Eighth Circuit's November 20 corrected order in *Jay Ashcroft, et al., v. Joseph Biden, et al.*, No. 24-3236 denying an injunction pending appeal, and this Court's show cause order, ECF 80, Plaintiffs hereby withdraw their November 4 motion for an injunction pending appeal. ECF No. 74.

Respectfully submitted this 27th day of November, 2024.

| | |
|---|---|
| */s/ Mark F. (Thor) Hearne, II* | */s/ James S. Atkins* |
| MARK F. (THOR) HEARNE, II | JAMES S. ADKINS |
| *True North Law, LLC* | ANDREW BAILEY |
| 112 S. Hanley Road, Suite 200 | *Office of the Attorney General of Missouri -* |
| St. Louis, Missouri 63105 | *Jefferson City* |
| (314) 296-4000 | 207 W. High St. |
| thor@truenorthlawgroup.com | P.O. Box 899 |
| | Jefferson City, MO 65102-0899 |
| Attorney of Record for Jay Ashcroft, | (573) 751-7890 |
| John Thurston, Kimberly Bell, and Kurt Bahr | jay.atkins@ago.mo.gov |
| | |
| */s/ Jay Ashcroft* | Attorneys of Record for State of Missouri |
| Secretary of State Jay Ashcroft | |
| (pro hac vice application pending) | */s/ Jeremiah J. Morgan* |
| | JEREMIAH J. MORGAN |
| */s/ Frank Jung* | |
| Frank Jung, General Counsel | */s/ D. Scott Lucy* |
| (pro hac vice application pending) | D. SCOTT LUCY |
| 600 W. Main | |
| Jefferson City, MO 65101 | |

## Certificate of Service

The undersigned hereby certifies that the foregoing document was served on all registered parties on this 27th day of November, 2024, using the Court's online filing system.

*/s/ Mark F. (Thor) Hearne II*