# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3236

_____

Jay Ashcroft, in his official capacity as Secretary of State for the State of Missouri; Kimberly Bell, in her official capacity as County Clerk for McDonald County, Missouri; John Thurston, in his official capacity as Secretary of State for the State of Arkansas; Kurt Bahr, in his official capacity as Director of Elections for St. Charles County, Missouri; State of Missouri, ex rel. Andrew Bailey, Attorney General

Plaintiffs - Appellants

v.

Donald Trump, in his official capacity as President of the United States; Brooke L. Rollins, in her official capacity as Secretary of the Department of Agriculture; Department of Agriculture; Howard Lutnick, in his official capacity as Secretary of the Department of Commerce; Department of Commerce; Vince Micone, in his official capacity as Acting Secretary of Labor; Pete Hegseth, in his official capacity as Secretary of the Department of Defense; Department of Defense; Denise L. Carter, in her official capacity as Acting Secretary of the Department of Education; Department of Education; Chris Wright, in his official capacity as Secretary of the Department of Energy; Department of Energy; Robert F. Kennedy, Jr., in his official capacity as Secretary of the Department of Health and Human Services; Department of Health & Human Services; Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; Department of Homeland Security; Scott Turner, in his official capacity as Secretary of the Department of Housing and Urban Development; Department of Housing and Urban Development; Doug Burgum, in his official capacity as Secretary of the Department of the Interior; Department of the Interior; Pamela Bondi, n her official capacity as Attorney General of the United States; Department of Justice; Department of Labor; Marco Rubio, in his official capacity as Secretary of the Department of State; Department of State; Sean Duffy, in his official capacity as Secretary of the Department Transportation; Department of Transportation; Scott Bessent, in his official capacity as Secretary of the Department of the Treasury; Department of the Treasury; Douglas A. Collins, in his official capacity as Secretary of the Department of Veteran Affairs; Department of Veterans Affairs

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01062-SEP)
(4:24-cv-01063-SEP)

_____

**JUDGMENT**

Before LOKEN, KELLY, and GRASZ, Circuit Judges.

Appellant's motion to dismiss the appeal is granted in part; the request to tax costs to the appellees is denied. The appeal is hereby dismissed as moot in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 03, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Maureen W. Gornik