# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3236

Jay Ashcroft, in his official capacity as Secretary of State for the State of Missouri, et al.

Appellants

v.

Donald Trump, in his official capacity as President of the United States, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01062-SEP)
(4:24-cv-01063-SEP)

---

**MANDATE**

In accordance with the judgment of March 3, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 03, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit