IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JAY ASHCROFT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-CV-01062 SEP |
| | ) | |
| JOSEPH BIDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| THE STATE OF MISSOURI, | ) | |
| ex rel. ANDREW BAILEY, in his | ) | |
| official capacity as | ) | |
| Missouri Attorney General, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CV-01063 |
| | ) | |
| JOSEPH BIDEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Plaintiffs in cases 4:24-CV-01062 and 4:24-CV-01063 hereby notify the Court of dismissal of Plaintiffs' claims as moot.

The parties state as follows:

1.    These cases involve challenges to Executive Order 14019 signed by President Biden and carried out under the Biden-Harris Administration.

2.    Plaintiffs challenged Executive Order 14019 as unconstitutional and contrary to federal law.

3.    On January 20, following his inauguration as the Forty-Seventh President of the United States, President Donald J. Trump signed "initial Rescissions of Harmful Executive orders and Actions" that had been adopted by the Biden-Harris Administration. See Exhibit 1, Rescission Order.

4.    President Trump's Order noted that "[t]he previous administration has embedded deeply unpopular, inflationary, illegal, and radical practices within every agency and office of the Federal Government." See Exhibit 1.

5.    The Rescission Order states:

To commence the policies that will make our Nation united, fair, safe, and prosperous again, it is the policy of the United States to restore common sense to the Federal Government and unleash the potential of the American citizen.  The revocations within this order will be the first of many steps the United States Federal Government will take to repair our institutions and our economy.

See Exhibit 1.

6.    President Trump's Rescission Order revoked a number of executive actions including Executive Order 14019.

7.    Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a case may be dismissed without court order by the plaintiff if the defendant has not filed an answer or a motion for summary judgment.

8.    Defendants have not filed an answer or a motion for summary judgment in cases 4:24-CV-01062 and 4:24-CV-01063.

Respectfully submitted this 19th day of May, 2025.


/s/ Mark F. (Thor) Hearne, II
MARK F. (THOR) HEARNE, II
*True North Law, LLC*
112 S. Hanley Road, Suite 200
St. Louis, Missouri 63105
(314) 296-4000
thor@truenorthlawgroup.com

Attorney of Record for Jay Ashcroft,
John Thurston, Kimberly Bell, and Kurt Bahr


**ANDREW BAILEY**
Attorney General

/s/ Jeremiah Morgan
Jeremiah Morgan, Bar No. 50387
Deputy Attorney General - Civil
Missouri Attorney General's Office
207 W. High St.
Jefferson City, MO 65101
573-291-1483
Jeremiah.Morgan@ago.mo.gov

**ANDREW BAILEY**
Attorney General

/s/ D. Scott Lucy
D. Scott Lucy, Bar No. 67396
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, MO 63101
314.340.4753
Scott.Lucy@ago.mo.gov

Attorney of Record for the State of Missouri

**Certificate of Service**

The undersigned hereby certifies that the foregoing document was served on all registered parties on this 19th day of May, 2025, using the Court's online filing system.

/s/ *Mark F. (Thor) Hearne II*